813 A.2d 642

Paul BRANDON, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 127 MAP 2002.

Supreme Court of Pennsylvania.

Dec. 27, 2002.

## ORDER

PER CURIAM.

AND NOW, this 27th day of December, 2002, probable jurisdiction is noted and the order appealed is affirmed.